**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 24, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

MAIROBY HERNANDEZ, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

REGALIS IP, INC.,

      Defendant.

---------------------------------------x

Case No.: 1:22-cv-05651-ALC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Mairoby Hernandez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Regalis IP, Inc.

DATED: October 20, 2022

**MIZRAHI KROUB LLP**

     /s/ Edward Y. Kroub
     EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated: Oct. 24, 2022**